IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03239-BNB

LEVOLIA L. HAYES

      Plaintiff,

v.

JAMES LOWE,
CORRECTIONAL HEALTHCARE COMPANIES, and
CLIF NORTHERN,

      Defendants.

---

## ORDER DRAWING CASE

---

      After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be assigned to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

      ORDERED that this case shall be assigned to a district judge and to a magistrate judge pursuant to D.C.COLO.LCivR 40.1.

      DATED January 29, 2014, at Denver, Colorado.

                                                 BY THE COURT:

                                                 s/ Boyd N. Boland
                                                 United States Magistrate Judge