**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03239-LTB-KMT

LEVOLIA L. HAYES,

       Plaintiff,

v.

JAMES LOWE,
CORRECTIONAL HEALTHCARE COMPANIES, and
CLIF NORTHAM,

       Defendants.

**ORDER**

       This case is before me on the Recommendation of the Magistrate Judge that the "Motion to Dismiss Plaintiff's Amended Complaint (Doc 11) as to Defendants Lowe and Northam Pursuant to Fed.R.Civ.P. 12(b)(1) and (6)" (Doc No. 20) be granted and that the claims against Defendants Lowe and Northam be dismissed with prejudice pursuant to Fed.R.Civ.P. 6 and further that Defendant Correctional Healthcare Companies (CHC) Motion to Dismiss in Lieu of an Answer (Doc 23) be granted and that the claims against Defendant Correctional Healthcare Companies be dismissed with prejudice pursuant to Fed.R.Civ.P. 6.

       The Recommendation was issued and served on December 22, 2014.

       The Plaintiff has filed his "Objection" Motion to Reconsider Magistrate Judges Recommendation for Dismissal" (Doc 39) together with his "Response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc 11) as to Defendant Lowe and

Northam pursuant to Fed.R.Civ.P. 12(b)(6)" (Doc 40) and his "Response to Defendant Correctional Healthcare Companies' Motion to Dismiss in Lieu of an Answer" (Doc 41). I consider each of these three pleadings liberally as specific objections to the Magistrate Judge's Recommendation.

The Plaintiff has also filed his "Motion for Appointment of Counsel." (Doc 38)

In view of the pleadings which I have construed as specific objections to the Magistrate Judge's Recommendation, I review the Magistrate Judge's Recommendations *de novo*. On *de novo* review, I conclude that the Magistrate Judge's Recommendations are correct. Accordingly, it is

ORDERED that the Motion to Dismiss Plaintiff's Amended Complaint (Doc 11) as to Defendants Lowe and Northam Pursuant to Fed.R.Civ.P. 12(b)(1) and (6) (Doc 20) is GRANTED and the claims against these Defendants are DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 6.

IT IS FURTHER ORDERED that Defendant Correctional Healthcare Companies Motion to Dismiss in Lieu of an Answer (Doc 23) is GRANTED and the claims against this Defendant are DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 6.

IT IS FURTHER ORDERED that in view of the dismissals ordered here, Plaintiff's Motion for Appointment of Counsel (Doc 38) is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   January 12, 2015