IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03239-LTB-KMT

LEVOLIA L. HAYES,

    Plaintiff,

v.

JAMES LOWE,
CORRECTIONAL HEALTHCARE COMPANIES, and
CLIF NORTHAM,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on January 12, 2015, incorporated herein by reference, it is

ORDERED that the Magistrate Judge's Recommendations are CORRECT.  It is

FURTHER ORDERED that the Motion to Dismiss Plaintiff's Amended Complaint as to Defendants Lowe and Northam Pursuant to Fed.R.Civ.P. 12(b)(1) and (6) is GRANTED.  It is

FURTHER ORDERED that Defendant Correctional Healthcare Companies Motion to Dismiss in Lieu of an Answer is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, James Lowe, Correctional Healthcare Companies, and Clif Northam and against Plaintiff, Levolia L. Hayes.  It is

FURTHER ORDERED that each party shall bear its own costs and attorney's fees.  It is

2

FURTHER ORDERED that Plaintiff's Amended Prisoner Complaint and this civil action are DISMISSED WITH PREJUDICE pursuant to Fed.R.Civ.P. 6.

DATED at Denver, Colorado this  12th  day of January, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/E. Buchanan
E. Buchanan, Deputy Clerk