**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-03239-LTB-KMT

LEVOLIA L. HAYES,

      Plaintiff,

v.

JAMES LOWE,
CORRECTIONAL HEALTHCARE COMPANIES, and
CLIF NORTHAM,

      Defendants.

**ORDER**

Plaintiff has filed a Motion to Set Aside this Court's Order on Defendants Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(1) and (6)  (Doc 44).  Defendants have filed a response to her motion.  I have considered her motion together with the response and file in this case under both Colo.R.Civ.P. 59(e) and 60(b), I conclude that Plaintiff has not shown cause to set aside under either Rules 60(b) or 59(e). Accordingly

IT IS ORDERED that Plaintiff's Motion to Set Aside (Doc 44) is DENIED.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   February 26, 2015